UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCCAFFERTY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:10 CV 1401 RWS |
| v. | ) | |
| | ) | |
| SCHWARTZKOPF LAW OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants have filed a motion to alter judgment requesting I alter the award of attorneys fees entered in this matter.  Defendants' motion will be denied. Defendants reassert the arguments presented in their opposition to the fee requested by Plaintiffs' counsel.  Each of Defendants arguments were completely and carefully considered prior to my entering the fee award in this matter.  Defendants do not assert new or persuasive arguments for me to alter the fee award.  Under the facts and circumstances presented in this case, attorneys fees of $9,500.00 for litigating a multiple plaintiff case in this Court for violations of the Fair Debt Collection Practices Act case are reasonable.

Accordingly,

**IT IS HEREBY ORDERED that** Defendants' motion to alter judgment [#78] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of September, 2012.